UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS SCOTT,

    Plaintiff,                                      Case No.:  8:21-cv-01322-CEH-AAS

vs.

ST. PETERSBURG COLLEGE
BOARD OF TRUSTEES,

    Defendant.
_____/

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL AND
DESIGNATION OF EMAIL ADDRESS FOR SERVICE

    Andrew J. Silvers, Esquire hereby enters his appearance as counsel of record in this case for Plaintiff, THOMAS SCOTT, in the above-styled cause, and respectfully requests that this Honorable Court forward to the undersigned any and all notices, correspondence, pleadings, and any other pertinent data pertaining to the above-styled cause. The following e-mail address is designated for the purpose of service of all documents required to be served pursuant to Rule 2.516:

        Primary E-Mail Address: andrew@goodwin-firm.com.
        Secondary E-Mail Address: sandra@goodwin-firm.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 21, 2022, a true and correct copy of the foregoing was electronically filed with the clerk of the court by using CM/ECF

Case No.: 8:21-cv-01322-CEH-AAS

system which will send a notice of electronic filing to Mark E. Levitt, Esq. mlevitt@anblaw.com, Howard M. Waldman, Esq., Email: hwaldman@anblaw.com ALLEN, NORTON & BLUE, P.A. 1477 W. Fairbanks Ave., Suite 100 Winter Park, FL 32789

/s/ *Andrew J. Silvers*
Andrew J. Silvers, Esq.
*Attorney for Plaintiff*
FL Bar No. 1033222
THE GOODWIN FIRM
801 West Bay Drive #715
Largo, FL 33770
727.316.5333
andrew@goodwin-firm.com