UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS SCOTT,

    Plaintiffs,

v.                                    Case No. 8:21-cv-1322-CEH-AAS

ST. PETERSBURG COLLEGE
BOARD OF TRUSTEES,

    Defendants.
_____/

## ORDER

Counsel for Plaintiff Thomas Scott moves to withdraw, requests excusal from the parties' previously scheduled mediation on July 14, 2022, and requests a stay of all deadlines in this matter until July 18, 2022 so Mr. Scott may have adequate time to obtain new counsel. (Doc. 16). After consulting with the parties, a videoconference hearing is scheduled for **Thursday, June 30, 2022 at 3:00 P.M.** to address the pending motion. The court will send counsel a calendar entry containing a link to the videoconference information.

**ORDERED** in Tampa, Florida, on June 29, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge